UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60911-LEIBOWITZ/AUGUSTIN-BIRCH

**DUSTY BUTTON and**
**MITCHELL TAYLOR BUTTON**,

    *Plaintiffs*,

v.

**SIGRID MCCAWLEY**,

    *Defendant*.

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiffs' Motion to Seal Exhibit C of Plaintiffs' Applications to Proceed *In Forma Pauperis* and Motion for Court to Waive the Fees Associated with ECF Filings and Waiver of Documents [ECF No. 27], and Plaintiffs' Motion for Leave to Proceed *In Forma Pauperis* [ECF No. 28].

First, Plaintiffs move for leave to proceed *in forma pauperis*. [ECF No. 28]. However, Plaintiffs already paid the filing fee in this case. [ECF No. 4]. Therefore, Plaintiffs' Motion for Leave to Proceed *In Forma Pauperis* [ECF No. 28] is DENIED AS MOOT.

Second, Plaintiffs move to seal Exhibit C of their Motion for Leave to Proceed *In Forma Pauperis* due to the exhibit containing "Plaintiffs' confidential and personal financial information." [ECF No. 27 at 3]. The Court finds that Exhibit C shall be sealed. Plaintiffs' Motion to Seal Exhibit C of Plaintiffs' Application to Proceed *In Forma Pauperis* [ECF No. 27] is GRANTED.

Third, Plaintiffs move for the Court to waive the fees associated with ECF filings and retrieval of documents. Plaintiffs were able to pay the filing fee to file their Complaint as they borrowed funds to do so; however, they are "unable to fund further associated Court fees including … the fees

associated with ECF filings and retrieval of documents." [ECF No. 27 at 3]. Other courts, including the United States District Court for the District of Nevada, have found that Plaintiffs are indigent and waived their PACER fees. [*See* ECF Nos. 28-1 at 3 and 28-2 at 2]. Plaintiffs borrowed funds to file their Complaint, so do they do not need to proceed *in forma pauperis*; however, a review of Plaintiffs' Motion for Leave to Proceed *In Forma Pauperis* [ECF No. 28] shows that Plaintiffs are indigent.

The PACER fee schedule allows courts to waive access fees for certain persons. According to the PACER fee schedule, "[c]ourts may exempt certain persons or classes of persons from payment of the user access fee. Examples of individuals and groups that a court may consider exempting include: indigents[.]" *See Electronic Public Access Fee Schedule* (reprinted with 28 U.S.C. § 1914). The Fee Schedule also sets out that "[c]ourts should not, however, exempt individuals or groups that have the ability to pay the statutorily established access fee." *Id*. Further, the fee schedule makes clear that "courts must find: that those seeking an exemption have demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information." *Id*. Should the Court grant such an exemption, "the exemption should be granted for a definite period of time, should be limited in scope, and may be revoked at the discretion of the court granting the exemption." *Id*.

Plaintiffs have shown through their Motion for Leave to Proceed *In Forma Pauperis* [ECF No. 28] that Plaintiffs' financial resources are extremely limited, and they are unable to pay the fees associated with the use of a PACER account. The United States District Court for the District of Nevada found that "proceeding without Defendants' [Plaintiffs here] access to PACER [would] interfere with the Court's ability to manage [the] dispute in accordance with the Federal Rules of Civil Procedure and fundamental principle of fairness." [ECF No. 28-1 at 2]. The Court finds that the same holds true in this case. IT IS ORDERED that Plaintiffs have shown that PACER fees are properly waived through the conclusion of this case. IT IS FURTHER ORDERED that Plaintiffs

shall use a copy of this Order for purposes of contacting PACER to effect a waiver of their PACER fees. PACER may be contacted through the PACER Service Center (800-676-6856) oy by email at pacer@pacer.uscourts.gov.

Accordingly, is it hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion to Seal Exhibit C of Plaintiffs' Applications to Proceed *In Forma Pauperis* and Motion for Court to Waive the Fees Associated with ECF Filings and Waiver of Documents [**ECF No. 27**] is **GRANTED**.

2. Plaintiffs' Motion for Leave to Proceed *in Forma Pauperis* [**ECF No. 28**] is **DENIED AS MOOT**.

3. Plaintiffs' PACER fees are waived through the conclusion of this case. Plaintiffs shall use a copy of this Order for purposes of contacting PACER to effect a waiver of their PACER fees.

**DONE AND ORDERED** in the Southern District of Florida on August 12, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: Dusty Button, *pro se*
    Mitchell Taylor Button, *pro se*
    Counsel of record