UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60911-LEIBOWITZ/AUGUSTIN-BIRCH

**DUSTY BUTTON and
MITCHELL TAYLOR BUTTON**,

    *Plaintiffs*,

v.

**SIGRID MCCAWLEY**,

    *Defendant.*

_____/

## ORDER

Before the Court is Plaintiffs' Motion and Request for a Further Continuance of Previously Granted Extensions Due to an Unforeseen Medical Emergency [ECF No. 34], filed on August 21, 2024. Defendants do not oppose an extension and leave it to the Court's discretion as to length so long as the September 20, 2024, hearing is similarly extended to allow time for the Motion to Dismiss to be fully briefed before a hearing. [ECF No. 34 at 2].

Upon due consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion and Request for a Further Continuance of Previously Granted Extensions Due to an Unforeseen Medical Emergency [**ECF No. 34**] is **GRANTED**.

2. The parties shall submit a status report to the Court **no later than October 7, 2024,** with proposed dates for the remainder of the briefing schedule on Plaintiffs' Motion to Supplement Plaintiffs' Amended Complaint [ECF No. 23], Defendants' Motion to Dismiss the Amended Complaint [ECF No. 24], and Plaintiffs' Motion for Relief Seeking to Backdate their Complaint [ECF No. 30].

3. The Motion Hearing on Defendants' Motion to Dismiss, currently set for September 20, 2024, at 10:00 a.m., is **CANCELLED**. The Court will reschedule the hearing once Defendants' Motion to Dismiss is fully briefed.

**DONE AND ORDERED** in the Southern District of Florida on August 21, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  Dusty Button, *pro se*
Mitchell Taylor Button, *pro se*
Counsel of record