UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:24-cv-60911-LEIBOWITZ/AUGUSTIN-BIRCH

DUSTY BUTTON and MITCHELL
TAYLOR BUTTON,

     *Plaintiffs,*

v.

SIGRID MCCAWLEY,

     *Defendant.*

_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte.* On February 4, 2026, the Court ordered Plaintiffs to show cause in writing why they should not be sanctioned for purported hallucinated and fabricated authority. [*See* ECF No. 87 at 8–9 ¶ 4]. Plaintiffs filed their response to that Order, Defendant responded, and Plaintiffs replied. [*See* ECF Nos. 88, 89, 97]. After careful review of the parties' paper, the Court declines to impose sanctions at this time. (Plaintiffs concede that they now have actual and constructive notice of their various, obvious, and significant research and citation errors; any subsequent filings that contain similar errors may be deemed to be filed in bad faith.)

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this Court's February 4, 2026, show cause instruction [ECF No. 87 at 8–9 ¶ 4] is DISCHARGED. This case shall remain **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on June 2, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record